**STATE of Missouri, Respondent,**

v.

**Sulayman MOORE, Appellant.**

No. ED 81734.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 17, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 2004.

Application for Transfer Denied May 25, 2004.

Melinda K. Pendergraph, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Sulayman Moore ("Defendant") appeals the judgment entered upon his conviction in a bench trial of trafficking drugs in the second degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).